

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00817-CV

**IN RE** Song H. **HONG,** D.D.S.

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Karen Angelini, Justice
Sandee Bryan Marion, Justice
Luz Elena D. Chapa, Justice

Delivered and Filed:  November 27, 2013

PETITION FOR WRIT OF MANDAMUS DENIED

On November 20, 2013, relator Song H. Hong, D.D.S., filed a motion for emergency stay and a petition for writ of mandamus complaining of the trial court's order denying a motion to sever. The court has considered the petition for writ of mandamus and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus and the motion for emergency stay are denied. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-18034, styled *Teresa Alvarez and Nazario Alvarez as Next Friends of D.A., A Minor, et al. v. The Smile Center, P.A.; Smile Center Dental, P.A.; Stephen Simpton, D.D.S. and Song H. Hong, D.D.S.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable John D. Gabriel Jr., presiding.